UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 10-cv-00305-OWW-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DESIGNATION AND DISCOVERY DEADLINES** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Court hereby grants the Parties' stipulation as follows:

1. The expert designation date shall be postponed from October 11, 2010, to December 10, 2010;

2. The rebuttal designation date shall be postponed from November 10, 2010, to December 27, 2010; and

///

///

///

1　　K:\OWW\Stipulations\10cv305.stipo.extend.exprt.discovery.ddl.wpd

3. The expert discovery cutoff period shall be postponed from December 10, 2010, to January 21, 2011.

4. No other dates previously set will be affected by this order.

IT IS SO ORDERED.

**Dated:   October 13, 2010**              /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE