IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF CALIFORNIA CITY, et al.,<br><br>        Defendants.<br>_____ | ) Case No.: 1:10-cv-00305 OWW JLT<br>)<br>) ORDER GRANTING STIPULATED<br>) PROTECTIVE ORDER<br>)<br>) (Doc. 23)<br>)<br>)<br>)<br>)<br>) |

Based upon the stipulation of the parties, the Court hereby **ORDERS** that the stipulated Protective Order is approved, with the following change found at page 3, paragraph 6 of the proposed protective order:

> "6.   If any party wishes to file with the Court any pleading, affidavit, motion, brief, or other paper containing, summarizing, excerpting, or otherwise embodying "CONFIDENTIAL" information, that party must comply with ~~Local 27 Rule 79-5.1.~~ <u>Rules 140 and/or 141</u>."

IT IS SO ORDERED.

Dated:  **October 20, 2010**                                /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1