Eugene P. Ramirez, Esq., SBN 134865
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@mmker.com; sec@mmker.com

Attorneys for Defendants,
CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT,
OFFICER S. KNOWLTON, AND LIEUTENANT E. HURTADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 10-cv-00305-OWW-JLT<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO SECOND CAUSE OF ACTION ALLEGING A *MONELL* CLAIM** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1)   The second claim under *Monell* is dismissed with prejudice from the Complaint on file in this action.

2)   Plaintiff and Defendants agree to waive any and all costs in connection with the dismissal of the *Monell* claim.

IT IS SO ORDERED.

**Dated:   December 23, 2010**           /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE