Eugene P. Ramirez, Esq., SBN 134865
Tony M. Sain, Esq., SBN 251626
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@manningllp.com; tms@manningllp.com

Attorneys for Defendants,
CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER S. KNOWLTON, AND LIEUTENANT E. HURTADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 10-cv-00305-OWW-JLT<br>[*Hon. Oliver W. Wanger, District Judge; Hon. Jennifer L. Thurston, Magistrate Judge*]<br><br>**ORDER RE STIPULATION OF THE PARTIES TO EXTEND THE EXPERT DISCOVERY DEADLINE BY TWO WEEKS** |

PURSUANT TO THE STIPULATION of the parties, and Good Cause appearing therefore, in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1.   The Court hereby modifies the operative scheduling order for this matter as follows: the **deadline for the completion of expert discovery is hereby continued** from the current date of January 21, 2011 to the new deadline of **February 4, 2011.**

/ / /

1

2. Nothing in this Order shall be construed so as to affect any other deadlines previously set by the Court for this matter.

IT IS SO ORDERED.

**Dated:   January 18, 2011**                              /s/ Oliver W. Wanger
                                                                          UNITED STATES DISTRICT JUDGE