UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 10-cv-00305-OWW-JLT<br>[*Hon. Oliver W. Wanger, District Judge; Hon. Jennifer L. Thurston, Magistrate Judge*]<br><br>**ORDER GRANTING MOTION *IN LIMINE* NO. 2 BY DEFENDANTS TO EXCLUDE ALL EVIDENCE OF, AND REFERENCE TO, OTHER CRIMES, WRONGS, OR ACTS BY DEFENDANTS** |

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules, Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1.   Motion *in Limine* No. 2 By Defendants to Exclude All Evidence of, and Reference to, the Other Crimes, Wrongs, or Acts by Defendants is hereby GRANTED.

2.   Plaintiff, plaintiff's attorneys, and plaintiff's witnesses (including experts) shall not, in the presence of the jury, testify, offer, or in any way refer to evidence concerning other crimes, wrongs, or acts on the part of the individual

defendants – including any departmental investigations, disciplinary history, government tort claims, lawsuits, or any subsequent complaints – and such testimony or writings related thereto is/are hereby excluded from evidence.

**IT IS SO ORDERED**.

Dated: April 20, 2011                    /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE

G:\docs\RGaumnitz\Orders to be signed\10cv305.MIL.02a.ORDER.Prior Acts.wpd