UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 10-cv-00305-OWW-JLT<br>[*Hon. Oliver W. Wanger, District Judge; Hon. Jennifer L. Thurston, Magistrate Judge*]<br><br>**ORDER GRANTING IN PART MOTION *IN LIMINE* NO. 1 BY DEFENDANTS TO EXCLUDE ALL EVIDENCE OF, AND REFERENCE TO, THE DISMISSAL OF THE CRIMINAL CHARGES AGAINST PLAINTIFF** |

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules, Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. Motion *in Limine* No. 1 By Defendants to Exclude All Evidence of, and Reference to, the Dismissal of the Criminal Charge Against Plaintiff is hereby GRANTED in part.

2. Plaintiff, plaintiff's attorneys, and plaintiff's witnesses (including plaintiff's experts) shall not, in the presence of the jury, testify, offer, nor in any way

refer to the dismissal of the criminal charges against plaintiff that arose out of the subject incident, and such testimony or comparable writings is/are hereby excluded from evidence, except as specified herein below.

      3.    Plaintiff is permitted to testify briefly at trial that: (a) he was released from police custody after his arrest on the date of the incident, and (b) that plaintiff was not convicted of any criminal charges arising out of the incident at issue in his claims in the instant action.

**IT IS SO ORDERED**.

Dated: April 20, 2011                                           /s/ OLIVER W. WANGER
                                                                  UNITED STATES DISTRICT JUDGE