PETER M. WILLIAMSON, State Bar No. 97309
TODD B. KRAUSS, State Bar No. 187991
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
Tel: (818) 344-4000/ Fax: (818) 344-4899

Attorneys for Plaintiff
JOHN BERNAT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT, ) | CASE NO 1:10-CV-00305-OWW-JLT |
| Plaintiff, ) | |
| vs. ) | ORDER ON PLAINTIFF'S MOTION IN LIMINE N0. 1 |
| CITY OF CALIFORNIA CITY, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive, ) | TRIAL:   4/26/2011<br>CRTM:   3 |
| Defendants. ) | |

The motion for Plaintiff's Motion in Limine No. 1 for an order excluding evidence character evidence of the defendants came for hearing on April 8, 2011 at 12:00 p.m. before the Honorable OLIVER W. WANGER, United States District Judge.

The court, having read and considered the moving and opposing papers, and having considering the oral arguments of counsel , HEREBY ORDERS as follows:

////
///
//

1
--------------------------------------------------------------------------------------------------------------------------
Motion in Limine #1  - Order

1  The Motion to Exclude evidence defendants lack of any prior allegations for
2 excessive force, is GRANTED without prejudice.   The defendants and their attorneys
3 of record are hereby ordered not to inquire or mention in any way lack of any prior
4 allegations for excessive force, or commendations received by either defendant or other
5 such evidence pursuant to F.R.C.P. 404(b), while employed with the City of California
6 City Police Department.

8 IT IS SO ORDERED.

11 DATED: April 22, 2011               /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

2

--------------------------------------------------------------------------------------------------------------------
Motion in Limine #1  - Order