PETER M. WILLIAMSON, State Bar No. 97309
TODD B. KRAUSS, State Bar No. 187991
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
Tel: (818) 344-4000/ Fax: (818) 344-4899

Attorneys for Plaintiff
JOHN BERNAT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT, | CASE NO. 1:10-CV-00305-OWW-JLT |
| Plaintiff, | |
| vs. | |
| CITY OF CALIFORNIA CITY, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive, | ORDER ON PLAINTIFF'S MOTION IN LIMINE N0. 2<br><br>TRIAL:   4/26/2011<br>CTRM:   3 |
| Defendants. | |

The motion for Plaintiff's Motion in Limine No. 2 for an order excluding the testimony of Robert Fonzi or in the alternative excluding any testimony the credibility of any witness came for hearing on April 8, 2011 at 12:00 p.m. before the Honorable OLIVER W. WANGER, United States District Judge.

The court, having read and considered the moving and opposing papers, and having considering the oral arguments of counsel , HEREBY ORDERS as follows:

////
///
//

1

---
Motion in Limine #2  - Order

The Motion to Exclude the testimony of Robet Fonzi, is GRANTED in part and DENIED in Part.

The expert witness Robert Fonzi will be allowed to testify. However, said witness will not offer any opinion regarding the credibility of any witness nor will he be able to offer any legal conclusions about the case.

Any party proposing a hypothetical question to the expert, must not include any fact which witch the offering party has no reasonable or legal basis of proving.

The defendants and their attorneys of record are hereby ordered not to inquire or mention any testimony regarding the credibility of any witness with expert witnesses requiring the expert to opine about credibility or have their expert offer any legal conclusions on the case itself.

All parties are hereby ordered that if they offer any hypothetical question, any and all facts contained in the question, must have a reasonable and legal basis of being proved.

IT IS SO ORDERED.

DATED: April 22, 2011          /s/ OLIVER W. W ANGER
                               UNITED STATES DISTRICT JUDGE

Motion in Limine #2  - Order