1  PETER M. WILLIAMSON, State Bar No. 97309
   TODD B. KRAUSS, State Bar No. 187991
2  WILLIAMSON & KRAUSS
   18801 Ventura Blvd., Suite 206
3  Tarzana, CA 91356
   Tel: (818) 344-4000/ Fax: (818) 344-4899
4

5  Attorneys for Plaintiff
   JOHN BERNAT
6

7
              UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 JOHN BERNAT,                          )  CASE NO. 1:10-CV-00305-OWW-JLT
                                         )
12                 Plaintiff,            )
                                         )
13 vs.                                   )
                                         )  ORDER ON PLAINTIFF'S MOTION
14 CITY OF CALIFORNIA CITY,              )  IN LIMINE N0. 3
   OFFICER STANDISH                      )
15 KNOWLTON BADGE #53024 AND)
   LT. ERIC HURTADO BADGE                )  TRIAL:    4/26/2011
16 #53012, and DOES 1 through 10,        )  CTRM:     3
   inclusive,                            )
17                                       )
                   Defendants.           )
18 _____ )

19

20     The motion for Plaintiff's Motion in Limine No. 3 for an order excluding the

21 testimony of Lt. Eric Hurtado's subjective fear came for hearing on April 8, 2011 at 12:00

22 p.m. before the Honorable OLIVER W. WANGER, United States District Judge.

23     The court, having read and considered the moving and opposing papers, and

24 having considering the oral arguments of counsel , HEREBY ORDERS as follows:

25 ////

26 ///

27 //

28

1
--------------------------------------------------------------------------------------------------------------------
Motion in Limine #3  - Order

1     The Motion to Exclude the testimony of the subjective fear of Lt. Hurtado, is
2 DENIED.
3     The defendants and their attorneys are free to offer testimony of Defendant
4 Hurtado's state of mind which are supported by reasons for said fear.

6 IT IS SO ORDERED.

9 DATED: April 22. 2011           /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

2

----------------------------------------------------------------------------------------------------------------
Motion in Limine #3  - Order