PETER M. WILLIAMSON, State Bar No. 97309
TODD B. KRAUSS, State Bar No. 187991
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
Tel: (818) 344-4000/ Fax: (818) 344-4899

Attorneys for Plaintiff
JOHN BERNAT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  1:10-CV-00305-OWW-JLT<br><br>ORDER ON PLAINTIFF'S MOTION IN LIMINE N0. 4<br><br>TRIAL:　　4/26/2011<br>CTRM:　　3 |

The motion for Plaintiff's Motion in Limine No. 4 for an order excluding the testimony of Alec Lambert came for hearing on April 8, 2011 at 12:00 p.m. before the Honorable OLIVER W. WANGER, United States District Judge.

The court, having read and considered the moving and opposing papers, and having considering the oral arguments of counsel , HEREBY ORDERS as follows:

////

///

//

1

---
Motion in Limine #4  - Order

1    The Motion to Exclude the testimony Alec Lambert, is GRANTED in part and
2 DENIED in part.
3    The witness may not offer any testimony of any events which were not known to
4 the officers regarding what parents may have said, any perceptions about the plaintiff
5 being a predator or prowler.
6    The witness may offer testimony only regarding what he saw and any direct
7 communication with the plaintiff, which led to the basis of him calling the police.
8    The defendants and their attorneys of record are hereby ordered not to inquire or
9 mention any testimony regarding the anything other than what the witness saw and/or
10 any direct communications with the Plaintiff relating to him calling the police.
11
12 IT IS SO ORDERED.
13
14
15 DATED: April 22, 2011            /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

---
Motion in Limine #4  - Order