



APR 2 9 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BERNAT, | ) | 1:10-cv-0305 OWW JLT |
| | ) | |
| Plaintiff, | ) | VERDICT OF TRIAL JURY |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CALIFORNIA CITY, | ) | |
| CALIFORNIA CITY POLICE | ) | |
| DEPARTMENT, OFFICER STANDISH | ) | |
| KNOWLTON, AND LT. ERIC HURTADO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    We, the jury in the above-entitled case, find the following

verdicts on the questions submitted to us.

1

1    ### FEDERAL CIVIL RIGHTS CLAIM

2

3        Question 1:   Did defendants Standish Knowlton and Eric

4    Hurtado use excessive force in taking John Bernat into custody,

5    in violation of his Fourth Amendment rights under the United

6    States Constitution?

7

8                    Standish Knowlton        Yes_____        No  X

9                    Eric Hurtado             Yes_____        No  X

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        If you answered Question 1 "yes" as to either defendant,

26    answer Question 2.   If you answered Question 1 "no" as to both

27    defendants, answer Question 3.

28

1    Question 2:   Was defendants' Standish Knowlton's and/or Eric

2  Hurtado's violation of John Bernat's Fourth Amendment right to be

3  free from excessive force, a cause of harm to John Bernat?

4

5             Standish Knowlton          Yes_____        No_____

6             Eric Hurtado              Yes_____        No_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Answer Question 3.

26

27

28

3

1

## STATE ASSAULT AND BATTERY CLAIM

2

3      Question 3:  Did defendants Standish Knowlton and Eric

4  Hurtado commit an assault and battery on John Bernat?

5

6              Standish Knowlton        Yes  X        No_____

7              Eric Hurtado            Yes_____    No  X

8

9

10

11

12

13          .

14

15

16

17

18

19

20

21

22

23

24

25      If you answered Question 3 "yes" as to either defendant,

26  answer Question 4.  If you answered Question 3 "no" as to both

27  defendants, answer Question 5.  If you answered Questions 1

28  and/or 2 "no," and Question 3 "no," sign and return this verdict.

4

Question 4:   Was defendant Standish Knowlton's and/or Eric Hurtado's assault and battery on John Bernat a cause of loss or damage to plaintiff?

Yes X          No_____

If your answer to Question 4 is "yes," answer Question 5. If your answer to Question 4 is "no," and you answered Questions 1 and 2 "yes," answer Question 5.   If your answer to Question 4 is "no," and you answered Questions 1 and/or 2 "no," sign and return this verdict.

5

**DAMAGES**

Question 5A:  If you answered "yes" to Questions 1 and 2, what is the amount of damages suffered by John Bernat for violation of his Federal civil rights?

$ _____

Question 5B:  If you answered "yes" to Questions 3 and/or 4, what is the amount of damages suffered by John Bernat for assault and battery under state law?

$ 5000.00

Do not include any amount for attorneys fees and court costs in these damage awards.

Sign and return this verdict.

6

1       I certify the foregoing answers to all questions on this

2   verdict form are unanimous.

3

4   DATED:  April 29, 2011.

5

6                               Foreperson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7