## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
JOHN BERNAT,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:10-cv-00305 OWW

CITY OF CALIFORNIA CITY,
CALIFORNIA CITY POLICE DEPT.,
OFFICER STANDISH KNOWLTON, and
LT. ERIC HURTADO,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants Standish Knowlton and Eric Furtado and against Plaintiff John Bernat on the Federal Civil Rights Claim; in favor of Defendant Eric Hurtado and against Plaintiff John Bernat on the State Assault and Battery Claim; in favor of Plaintiff John Bernat and against Defendant Standish Knowlton including damages in the total amount of $5,000.00 on the State Assault and Battery Claim, according to the verdicts of trial jury returned in open Court April 29, 2011. Costs shall be addressed in the manner prescribed by law.

DATED: May 2, 2011                    VICTORIA C. MINOR, Clerk


                                           /s/ RENEE GAUMNITZ
                                      By:  Renee Gaumnitz,
                                           Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com