UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERNAT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, OFFICER STANDISH KNOWLTON BADGE #53024 AND LT. ERIC HURTADO BADGE #53012, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 10-cv-00305-OWW-JLT<br>[*Hon. Oliver W. Wanger, District Judge; Hon. Jennifer L. Thurston, Magistrate Judge*]<br><br>**ORDER RE STIPULATION OF THE PARTIES RE POST-TRIAL MODIFICATION OF ENTRY OF JUDGMENT AND DISMISSAL OF ACTION AS TO DEFENDANT KNOWLTON** |

　　　　PURSUANT TO THE STIPULATION of the parties, in furtherance of the interests of justice, and Good Cause appearing therefore,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　The Judgment against defendant Standish Knowlton and in favor of plaintiff on the state-law cause of action for assault and battery [*see* Dkt. Doc. 116, 119] in the above entitled action is hereby modified and re-entered as a Judgment against defendant City of California City and in favor of plaintiff on the state-law cause of action for assault and battery.

2.      The award of $5,000.00 in total damages to plaintiff on the state-law cause of action for assault and battery in this action is hereby modified and re-entered as being against defendant City of California City.

3.      To the extent that any Judgment in this matter was rendered against defendant Standish Knowlton, whether in his personal or professional capacity, that Judgment is hereby vacated as stated herein above.

4.      Defendant Standish Knowlton is hereby DISMISSED from this action WITH PREJUDICE.

5.      Nothing in this Order shall be construed as modifying or altering in any way any part of the jury verdict or any of the Judgments of this Court in this action in favor of defendants Eric Hurtado and/or Standish Knowlton and against plaintiff.

6.      Each of the parties shall bear his/its own costs and fees arising out of the above entitled action or any litigation thereof.

IT IS SO ORDERED.

**Dated:   May 19, 2011**                              **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE